## SAWGRASS IND. CORPORATION ET AL. *v.*
## LAURA Z. SCHWARTZ
## (AC 32387)

Robinson, Espinosa and Bishop, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The judgment is affirmed.

## DWAYNE GRIFFIN *v.* COMMISSIONER
## OF CORRECTION
## (AC 31570)

Robinson, Espinosa and Bishop, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The appeal is dismissed.

## ANTHONY T. GRANT *v.* COMMISSIONER
## OF CORRECTION
## (AC 32757)

Robinson, Espinosa and Bishop, Js.

Submitted on briefs September 9—officially released September 27, 2011

Per Curiam. The appeal is dismissed.